UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 19CR5293-JAH |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING DATE (Doc. No. 37).** |
| JOSE ANGEL ZENDEJAS, | |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the motion to continue the sentencing date is **GRANTED**. The Sentence with Presentence Report currently set for April 20, 2020, at 9:30 a.m., is vacated and reset to **April 3, 2020, at 10:30 a.m.** The Parties agree to waive the Presentence Report.

**IT IS SO ORDERED.**

DATED: March 13, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

1